183 So. 896

**Jim MULLINS, alias, v. STATE.**

**8 Div. 921.**

Supreme Court of Alabama.

Oct. 13, 1938.

Newton B. Powell, of Decatur, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Jim Mullins for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Mullins v. State, 183 So. 894.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

183 So. 909

**William LEE v. STATE.**

**2 Div. 127.**

Supreme Court of Alabama.

Oct. 13, 1938.

J. C. Locke, of Marion, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

FOSTER, Justice.

Petition of William Lee for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Lee v. State, 183 So. 908.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.